B18 (Official Form 18)(12/07)

# United States Bankruptcy Court
## Central District Of California

3420 Twelfth Street, Riverside, CA 92501−3819

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
James E Harrison III

**BANKRUPTCY NO.** 6:10−bk−13620−PC

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−2120
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 6/2/10

**JOINT DEBTOR INFORMATION:**
Krishanna J Harrison

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−6269
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Discharge Date:** 6/2/10

**Address:**
18415 Carob st
Hesperia, CA 92345

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: June 2, 2010

**Kathleen J. Campbell**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 03/09) VAN−30

15 − 6 / KXF

B18 (Official Form 18) Cont.
Rev.(12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

```
District/off: 0973-6          User: kfirmanC           Page 1 of 1            Date Rcvd: Jun 02, 2010
Case: 10-13620                Form ID: b18             Total Noticed: 24
```

The following entities were noticed by first class mail on Jun 04, 2010.
```
db/jdb      +James E Harrison, III,   Krishanna J Harrison,    18415 Carob st,   Hesperia, CA 92345-4916
aty         +Arturo M Cisneros,    2112 Business Center Dr 2nd Fl,    Irvine, CA 92612-7135
aty         +Kian Mottahedeh,   15760 Ventura Blvd Ste 1100,    Encino, CA 91436-3044
smg          Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
              Sacramento, CA  94280-0001
ust         +United States Trustee (RS),    3685 Main Street, Suite 300,    Riverside, CA 92501-2804
cr          +BAC Home Loans Servicing LP,    Malcolm & Cisneros,    2112 Business Center Drive,   Second Floor,
              Irvine, CA 92612-7135
25643981    +Christian Debt Consolidation,    2201 NW Corporate Blvd, Suite 202,    Boca Raton, FL 33431-7337
25643982     Client Services Inc,    3451 Harry Truman Blvd,    Rer no: 010138012,
              Saint Charles, MO 63301-4047
25643985    +Frederick J Hanna & Associates,    1427 Roswell Rd,    Ref: 4313517023332262,
              Marietta, GA 30062-3668
25643987    +Hunt & Henriques,    Attorneys At Law,    151 Bernal Road, Suite #8,    File no: 4313517999263061,
              San Jose, CA 95119-1306
25643986    +Hunt & Henriques,    Attorneys At Law,    151 Bernal Road, Suite #8,    File no: 74973996380092,
              San Jose, CA 95119-1306
25643988    +IRS-Internal Revenue Srvc-CIO,    Post Office Box 21126,    Stop N781,
              Philadelphia, PA 19114-0326
25643990     NCO Financial,    PO BOX 41726,    Philadelphia, PA 19101
25643991     NCO Financial,    PO BOX 41726,    Acct no: KE9662,    Philadelphia, PA 19101
25643992     Patenaude & Felix,    4545 Murphy Canyon Rd, 3rd Fl,    File no: 09-49517,
              San Diego, CA 92123-4363
25643993     Target,    Mailstop NCD-0280,    Minneapolis, MN 55440
25643994     Wachovia Dealer Services,    Po Box 13733,    C/O ALP Department,    Irvine, CA 92623
25643995     Zwicker & Associates PC,    PO Box 101145,    file no: 3383307,    Birmingham, AL 35210-6145
```
The following entities were noticed by electronic transmission on Jun 03, 2010.
```
tr          +EDI: QRWHITMORE.COM Jun 02 2010 22:03:00      Robert Whitmore,    3600 Lime St Ste 611,
              Riverside, CA 92501-0938
25643979    +EDI: BANKAMER.COM Jun 02 2010 21:58:00      Bank of America,    Bankruptcy Department,
              Post Office Box 2278,    Norfolk, VA 23501-2278
25643980    +EDI: CHASE.COM Jun 02 2010 22:03:00      Chase Manhattan Bank USA, NA,
              500 White Clay Center Drive,    Newark, DE 19711-5497
25643983    +EDI: BANKAMER.COM Jun 02 2010 21:58:00      FIA Card Services, NA,    Attn: Mr. BK,
              1000 Samoset Dr,    DE5-023-03-03,    Newark, DE 19713-6000
25643984     EDI: CALTAX.COM Jun 02 2010 22:03:00      Franchise Tax Board,    Attn: Bankruptcy,   P O Box 2952,
              Sacramento, CA 95812-2952
25643989    +EDI: CBSKOHLS.COM Jun 02 2010 21:58:00      Kohl's Credit Center,    P.O. Box 3120,
              Milwaukee, WI 53201-3120
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,    Sacramento, CA  95812-2952
                                                                                              TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 04, 2010**                 **Signature:**   _/s/ Joseph Speetjens_